| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **UNITED STATES DISTRICT COURT** |
| 5 | **EASTERN DISTRICT OF CALIFORNIA** |
| 6 | |

| | | |
|---|---|---|
| 7 | DVA RENAL HEALTHCARE, INC., | Case No. 1:19-cv-00532-LJO-SKO |
| 8 | Plaintiff, | **ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 141** |
| 9 | v. | |
| 10 | CENTRAL VALLEY SPECIALTY HOSPITAL, INC., | |
| 11 | | |
| 12 | Defendant. | **(Doc. 12)** |

Plaintiff, a company that provides dialysis services to patients at hospitals and other facilities, filed this case against Defendant on April 24, 2019. (Doc. 1.) Plaintiff alleges that it provided dialysis services to Defendant's patients pursuant to a contract between the parties, and Defendant breached the parties' agreement by failing to pay at least $696,892.49 owed under the contract. (*See id.* ¶¶ 11–13.)

On June 24, 2019, Plaintiff submitted a request to file under seal unredacted versions of two exhibits attached to its motion to dismiss Defendant's counterclaims (*see* Doc. 10 at 11–18; Doc. 13): (1) the Hospital Services Agreement ("Agreement") that Defendant allegedly breached and (2) the First Amendment to the Agreement ("Amendment"). (*See* Doc. 12 at 1.) Plaintiff's states that the Agreement and Amendment contain confidential pricing and other competitive business information that the parties previously agreed to keep confidential. (*Id.* at 1–2.) Plaintiff notes that the Agreement contains a provision stating that any party seeking to disclose the Agreement in legal proceedings must request permission to file the Agreement under seal. Plaintiff publicly filed versions of the documents on June 24, 2019, with each page of both documents completely redacted. (Docs. 13-1, 13-2.)

Plaintiff submitted to the Court and to Defendant its request to seal documents setting forth the information required under Local Rule 141(b), as well as unredacted versions of the Agreement and the Amendment.

Pursuant to Local Rule 141(b), a request to seal a document "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." L.R. 141(b). "Only if good cause exists may the Court seal the information from public view after balancing 'the needs for discovery against the need for confidentiality.'" *Koloff v. Metro. Life Ins. Co.*, No. 113CV02060AWIJLT, 2014 WL 12573330, at *1 (E.D. Cal. July 9, 2014) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. Cal. 2010)). A party may submit an opposition to a request to seal documents within three days of the date of service of the request. L.R. 141(c).

Defendant has not submitted an opposition to Plaintiff's request to seal, and the time to do so has expired. *See id.* Plaintiff's request is therefore deemed unopposed.

Plaintiff has complied with Local Rule 141, and the Court finds there is good cause to allow Plaintiff to file the unredacted versions of the Agreement and the Amendment under seal. However, in light of the centrality of these documents to the allegations in the Complaint, and because Plaintiff is asking the Court to consider the documents in resolving its motion to dismiss (*See* Doc. 13 at 15 n.1), the Court will also require Plaintiff to file on the public docket redacted versions of the Agreement and the Amendment, redacting only the confidential information identified by Plaintiff, including the "sensitive financial terms in Exhibit B to the Agreement and Section 6 of the First Amendment." (*See* Doc. 12 at 1–2.)

Based on the foregoing, the Court GRANTS IN PART Plaintiff's unopposed request to seal (Doc. 12), and ORDERS that un-redacted versions of the Hospital Services Agreement and the First Amendment to the Hospital Services Agreement, exhibits 1 and 2 to Plaintiff's Motion to Dismiss (Doc. 13), be FILED UNDER SEAL in accordance with Local Rule 141(e)(2). The Court further ORDERS Plaintiff to file on the docket redacted versions of the Hospital Services Agreement and the First Amendment to the Hospital Services Agreement, as set forth in this Order,

by no later than July 8, 2019.

IT IS SO ORDERED.

Dated: **June 28, 2019**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE