1  Thomas W. Stoever, Jr., # 150056
   Colin O'Brien, *pro hac vice*
2  Rachel Ryan, *pro hac vice*
   ARNOLD & PORTER KAYE SCHOLER LLP
3  370 Seventeenth Street
   Suite 4400
4  Denver, CO 80202
   Phone: (303) 863-1000
5  Thomas.Stoever@arnoldporter.com
   Colin.OBrien@arnoldporter.com
6  Rachel.Ryan@arnoldporter.com
   *Attorneys for Plaintiff DVA Renal Healthcare, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVA Renal Healthcare, Inc.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>Central Valley Specialty Hospital, Inc.,<br><br>    Defendant and Counterclaimant. | No. 1:19-cv-00532-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE JULY 30, 2019 SCHEDULING CONFERENCE**<br><br>**(Doc. 21)** |

On July 23, 2019, Plaintiff DVA Renal Healthcare, Inc. ("DVA") and Defendant Central Valley Specialty Hospital, Inc. ("Central Valley") filed a Joint Stipulation to Continue July 30, 2019 Scheduling Conference. (Doc. 21) Having considered the parties' Joint Stipulation to Continue July 30, 2019 Scheduling Conference, and the Court being otherwise advised of the status of this action and having found good cause, IT IS HEREBY ORDERED that the Scheduling Conference currently set for July 30, 2019 is **CONTINUED to October 17, 2019, at 10:30 a.m.** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

///

///

///

It is further ORDERED that the Parties submit a Joint Scheduling Report to this Court

on or before October 10, 2019.

IT IS SO ORDERED.

Dated: **July 23, 2019**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE