STEVEN G. POLARD (SBN 90319)
STEPHEN J. ERIGERO (SBN 121616)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@rmkb.com
stephen.erigero@rmkb.com

Attorneys for Defendant and Counter-Claimant, CENTRAL VALLEY SPECIALTY HOSPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVA RENAL HEALTHCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL VALLEY SPECIALITY HOSPITAL, INC., <br><br> Defendant. | CASE NO. 1:19-cv-00532-LJO-SKO <br><br> Hon. Lawrence J. O'Neill <br> Magistrate Sheila K. Oberto <br><br> **STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND [PROPOSED] ORDER** <br><br> Complaint Filed: April 24, 2019 |

Plaintiff DVA Renal Healthcare, Inc. ("Plaintiff" or "DVA"), and Defendant and Counter-Claimant, Central Valley Specialty Hospital, Inc. ("Defendant" or "CVSH"), (collectively referred to as the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in this action on April 24, 2019;

WHEREAS, on June 3, 2019, Defendant filed a Counterclaim naming DVA as a Counter-Defendant, and subsequently, a First Amended Counterclaim on July 8, 2019;

WHEREAS, On July 18, 2019, Ropers, Majeski, Kohn & Bentley PC filed a substitution as counsel for Defendant, which substitution (and the associated transition time) has prompted the instant Stipulation;

///

WHEREAS, the Parties have met and conferred, and agreed to extend the date for Initial Disclosures under Fed. R. Civ. P. 26;

WHEREAS, Plaintiff filed a Motion to Dismiss Defendant's Counterclaim on July 22, 2019;

WHEREAS, the Parties wish to amend the briefing schedule with respect to Defendant's opposition or other response to Plaintiff's Motion to Dismiss.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. Defendant's opposition or other response to Plaintiff's Motion to Dismiss will be filed no later than August 12, 2019;

2. Plaintiff's reply to Defendant's opposition or other response will be filed no later than August 19, 2019;

3. Plaintiff's motion to dismiss shall be noticed for September 10, 2019, subject to the Court's availability, or if not available, for the Court's first available date no earlier than September 10, 2019;

4. The Parties' Initial Disclosures will be exchanged on August 14, 2019.

Dated: July 30, 2019   ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Stephen J. Erigero*
STEVEN G. POLARD
STEPHEN J. ERIGERO
Attorneys for Defendant and Counter-Claimant, CENTRAL VALLEY SPECIALTY HOSPITAL, INC.

4850-6865-4494.1   - -

*STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND [PROPOSED] ORDER*

Dated: July 30, 2019         ARNOLD & PORTER KAYE SCHOLER LLP


By: */s/ Colin M. O'Brien*
THOMAS W. STOEVER, JR.
COLIN M. O'BRIEN
Attorneys for Plaintiff
DVA RENAL HEALTHCARE, INC.

## **ORDER**

**IT IS SO ORDERED** that Plaintiff's Motion to Dismiss shall be heard on September 10, 2019 at 8:30 a.m., in Courtroom 4 of the above-entitled court. Defendant's opposition, if any, must be filed no later than August 12, 2019. Plaintiff's reply, if any, shall be filed no later than August 19, 2019. Additionally, the Parties shall exchange their Initial Disclosures on August 14, 2019.


IT IS SO ORDERED.

Dated: **July 31, 2019**              **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE