UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVA Renal Healthcare, Inc.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>Central Valley Specialty Hospital, Inc.,<br><br>    Defendant and Counterclaimant. | No. 1:19-cv-00532-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR RESPONDING TO DISCOVERY REQUESTS**<br><br>**(Doc. 46)** |

On November 25, 2019, Plaintiff DVA Renal Healthcare, Inc. ("DVA") and Defendant Central Valley Specialty Hospital, Inc. ("Central Valley") filed a Joint Stipulation to Extend Deadlines for Responding to Discovery Requests. (Doc. 46.) Having considered the parties' Joint Stipulation to Extend Deadlines for Responding to Discovery Requests, and the Court being otherwise advised of the status of this action and having found good cause,

**IT IS SO ORDERED** that the Joint Stipulation to Extend Deadlines for Responding to Discovery Requests is hereby approved as of the date of this order, and DVA shall have to and including January 15, 2020, to respond to Central Valley's First Set of Discovery Requests.

IT IS SO ORDERED.

Dated:   **November 26, 2019**            /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE