STEVEN G. POLARD (SBN 90319)
JAMES C. HILDEBRAND (SBN 150319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@ropers.com
james.hildebrand@rmkb.com

Attorneys for Defendant and Counter-Claimant
CENTRAL VALLEY SPECIALTY HOSPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DVA RENAL HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL VALLEY SPECIALTY HOSPITAL INC., <br><br> Defendant. <br><br> CENTRAL VALLEY SPECIALTY HOSPITAL, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> DVA RENAL HEALTHCARE, INC., <br><br> Counter-Defendant. | CASE NO. 1:19-cv-00532-LJO-SKO <br><br> **ORDER ON JOINT STIPULATION REQUESTING EXTENSION OF CERTAIN SCHEDULING ORDER AND DISCOVERY DEADLINES TO ACCOMMODATE SETTLEMENT DISCUSSIONS** <br><br> **(Doc. 50)** |

Plaintiff DVA Renal Healthcare, Inc. ("DVA") and Defendant Central Valley Specialty Hospital, Inc. ("Central Valley") have filed a Joint Stipulation for Requesting Extension of Certain Scheduling Order and Discovery Deadlines to Accommodate Settlement Discussions ("Stipulation"). (Doc. 50.) Having considered the Stipulation, and the Court being otherwise

advised of the status of this action and having found good cause, IT IS SO ORDERED that the Stipulation is hereby approved as of the date of this order, and that the Court orders as follows:

a. The Non-expert Discovery Deadline is herewith extended from April 1, 2020 to May 1, 2020;

b. The Expert Discovery Disclosures deadline is extended from April 15, 2020 to May 15, 2020;

c. The Rebuttal Expert Disclosures deadline is extended from May 15, 2020 to June 15, 2020;

d. The Expert Discovery deadline is extended from June 15, 2020 to July 15, 2020;

e. The deadline for providing a Proposed Settlement Conference Date is extended from April 2, 2020 to May 2, 2020;

f. The deadline for Plaintiff to respond to Defendant's pending written discovery is extended from the present due date of January 29, 2020 to March 2, 2020;

g. No motions will be made by either party until after March 2, 2020 if the case is not settled beforehand; and

h. All other deadlines remain in place.

IT IS SO ORDERED.

Dated: **January 29, 2020**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE