STEVEN G. POLARD (SBN 90319)
JAMES C. HILDEBRAND (SBN 150319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@ropers.com
james.hildebrand@rmkb.com

Attorneys for Defendant and Counter-Claimant
CENTRAL VALLEY SPECIALTY HOSPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DVA RENAL HEALTHCARE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> CENTRAL VALLEY SPECIALTY HOSPITAL INC., <br><br>  Defendant. | CASE NO. 1:19-cv-00532-NONE-SKO <br><br> **ORDER ON JOINT STIPULATION TO EXTEND CERTAIN DEADLINES** <br><br> **(Doc. 54)** |
| CENTRAL VALLEY SPECIALTY HOSPITAL, INC., <br><br>  Counter-Claimant, <br><br> v. <br><br> DVA RENAL HEALTHCARE, INC., <br><br>  Counter-Defendant. | |

Plaintiff DVA Renal Healthcare, Inc. ("DVA") and Defendant Central Valley Specialty Hospital, Inc. ("Central Valley") have filed a Joint Stipulation to Extend Certain Deadlines ("Stipulation"). (Doc. 54.) Having considered the Stipulation, and the Court being otherwise advised of the status of this action and having found good cause,

IT IS ORDERED that the Stipulation is hereby approved as of the date of this order, and that the Court orders as follows:

    a. The Non-expert Discovery Deadline is herewith extended from May 1, 2020 to June 1, 2020;

    b. The Expert Discovery Disclosures deadline is extended from May 15, 2020 to June 15, 2020;

    c. The Rebuttal Expert Disclosures deadline is extended from June 15, 2020 to July 15, 2020;

    d. The Expert Discovery deadline is extended from July 15, 2020 to August 14, 2020;

    e. The deadline for providing a Proposed Settlement Conference Date is extended from May 2, 2020 to June 2, 2020;

    f. The deadline for Plaintiff to respond to Defendant's pending written discovery is extended from March 2, 2020 to April 2, 2020; and

    g. All other deadlines remain in place.

IT IS SO ORDERED.

Dated: **March 4, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE