1  Thomas W. Stoever, Jr., # 150056
   Colin O'Brien, *pro hac vice*
2  Rachel Ryan, *pro hac vice*
   ARNOLD & PORTER KAYE SCHOLER LLP
3  370 Seventeenth Street
   Suite 4400
4  Denver, CO 80202
   Phone: (303) 863-1000
5  Thomas.Stoever@arnoldporter.com
   Colin.OBrien@arnoldporter.com
6  Rachel.Ryan@arnoldporter.com
   *Attorneys for Plaintiff DVA Renal Healthcare, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVA Renal Healthcare, Inc., | No. 1:19-cv-00532-NONE-SKO |
| Plaintiff and Counter-defendant, | **ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND CERTAIN DEADLINES** |
| v. | |
| Central Valley Specialty Hospital, Inc., | **(Doc. 56)** |
| Defendant and Counterclaimant. | |

On March 27, 2020, Plaintiff DVA Renal Healthcare, Inc. ("DVA") and Defendant Central Valley Specialty Hospital, Inc. ("Central Valley") filed a Joint Stipulation to Extend Certain Deadlines (Doc. 56). Having considered the parties' Joint Stipulation to Extend Certain Deadlines, and the Court being otherwise advised of the status of this action, the impact of the coronavirus pandemic, and having found good cause,

**IT IS HEREBY ORDERED** that the Joint Stipulation to Extend Certain Deadlines is approved as of the date of this order, and the following deadlines shall apply:

    a. The Non-expert Discovery Deadline is herewith extended from June 1, 2020, to August 14, 2020;

    b. The Expert Discovery Disclosures deadline is extended from June 15, 2020, to August 28, 2020;

    c. The Rebuttal Expert Disclosures deadline is extended from July 15, 2020, to September 18, 2020;

    d. The Expert Discovery deadline is extended from August 14, 2020, to September 30, 2020;

    e. The deadline for providing a Proposed Settlement Conference is extended from June 2, 2020, to July 17, 2020;

    f. The deadline for Plaintiff to respond to Defendant's pending written discovery is extended from April 2, 2020, to May 22, 2020;

    g. The deadline for filing non-dispositive motions is extended from August 18, 2020, to October 7, 2020;[1]

    h. The deadline for hearing non-dispositive motions is extended from September 16, 2020, to November 4, 2020;

    i. The deadline for filing dispositive motions is extended from September 8, 2020, to October 7, 2020;

    j. The deadline for hearing dispositive motions is extended from October 21, 2020, to November 18, 2020;

    k. The Pre-Trial Conference is continued to January 13, 2021; and

    l. Trial is continued to March 16, 2021.

IT IS SO ORDERED.

Dated: **March 31, 2020**              /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties request that all dates and deadlines, other than that pertaining to non-expert and expert discovery, remain the same. Granting this request, however, would be problematic: if so, the parties' deadlines to conduct discovery would occur *after* the deadlines for filing non-dispositive and dispositive motions. Accordingly, the Court has enlarged these deadlines, as well as the pretrial conference and trial, to allow the parties adequate time to file, and for the Court to rule on, motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.